UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00058-CKD |
| Plaintiff, | ) ORDER TO DISMISS |
| v. | ) INFORMATION |
| LUIS A. FRASER, | ) |
| Defendant. | ) |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the Information in case number 2:15-MJ-00058-CKD with prejudice is GRANTED.

IT IS SO ORDERED.

Dated: April 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE